In the Matter of the Application of ROBERT CLIFFORD, Appellant, for a Writ of Certiorari against BERNARD J. YORK et al., as Police Commissioners of the City of New York, Respondents.

*People ex rel. Clifford* v. *York,* 60 App. Div. 630, appeal dismissed.
(Argued November 10, 1902; decided November 25, 1902.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 14, 1901, which affirmed an order of Special Term dismissing a writ of certiorari to review a determination of the defendants denying an application of petitioner for reinstatement in the office of patrolman in the police force of the city of New York.

*Edward D. O'Brien* and *Louis Hanneman* for appellant.

*George L. Rives, Corporation Counsel* (*Theodore Connoly* and *Terence Farley* of counsel), for respondents.

Appeal dismissed, with costs; no opinion.

Concur: PARKER, Ch. J., BARTLETT, HAIGHT, MARTIN, VANN and CULLEN, JJ. Not sitting: O'BRIEN, J.